July 3, 2019

STEPHEN NMN BERMAN
IMMIGRATION ATTORNEYS LLP MILW
8989 N PORT WASHINGTON RD STE 201
MILWAUKEE, WI 53217
USA

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



U.S. Citizenship
and Immigration
Services

204827691
IOE0906855424

## DECISION

Dear MARIA SMITH:

After a thorough review of your application and supporting documents, we have denied your Form I-765, Application for Employment Authorization, that you submitted on June 20, 2019. You applied under Title 8, Code of Federal Regulations (8 CFR), section 274a.12(c)(9). We have denied your application for the reasons below.

Generally, we grant employment authorization under 8 CFR 274a.12(c)(9) to applicants who:

- Have a properly filed pending Form I-485, Application to Register Permanent Residence or Adjust Status; and
- Filed their Form I-765 with or after filing Form I-485.

### Statement of Facts and Analysis, Including Reason(s) for Denial

Our records indicate that your Form I-485 was denied on April 4, 2019.

Since you no longer have a pending Form I-485, you are not eligible for employment authorization based on the pending application.

Therefore, we have denied your Form I-765. This decision has no effect on future applications you may file with USCIS.

### Responding to This Decision

You may not appeal this decision. However, if you believe your Form I-765 was denied in error, you may file a motion to reopen and/or a motion to reconsider using Form I-290B, Notice of Appeal or Motion. You must submit Form I-290B by August 5, 2019. See 8 CFR section 103.5.

Mail your Form I-290B and the current fee to:

NATIONAL BENEFITS CENTER
c/o: Chicago Lock Box



NBLI765NBCI76000011003774

www.uscis.gov

P.O. Box 7219
Chicago, IL 60680

To find Form I-290B or if you need more information, visit our website at www.uscis.gov or call the USCIS Contact Center at 1-800-375-5283.

Sincerely,

*[signature]*

Robert M. Cowan
Director
Officer: LA-0375