November 17, 2022



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
101 West Ida B. Wells Drive
Chicago, IL 60605

U.S. Citizenship
and Immigration
Services



MSC1990991024

MARIA ELVIA SMITH
c/o STEPHEN BERMAN
IMMIGRATION ATTORNEYS LLP MILW
8989 N PT WASH RD STE 201
MILWAUKEE, WI 53217

RE: MARIA ELVIA SMITH
I-290B, Notice of Appeal or Motion

## DECISION

On May 2, 2019, you filed a Form I-290B, Notice of Appeal or Motion, with U.S. Citizenship and Immigration Services (USCIS) as a motion to reopen the decision on a Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS denied the Form I-485, receipt number MSC13912195654, on April 4, 2019.

Title 8 Code of Federal Regulations (8 CFR), section 103.5(a) states, in pertinent part, that:

> (2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:
>
> (i) The requested evidence was not material to the issue of eligibility;
> (ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or
> (iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.
>
> (3) ...A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the record at the time of the initial decision.

After a thorough review, we cannot approve your motion for the following reason(s):

The motion was unaccompanied by any new facts, affidavits, or other documentary evidence. 8 CFR §

EXHIBIT 8

103.5(a)(2).

On May 5, 2019, USCIS received Form I-290B along with the following documentation listed below:

- Copy of a USA B1/B2 Visa card for one Moreno Cardenas, Maria Elvia
- Copy of a Mexican passport (and related pages) for Moreno Cardenas, Maria Elvia
- Copy of Form I-94 for Moreno Cardenas, Maria Elvia
- Medical discharge statement for Arlo H Smith
- Form I-797 for receipt MSC13912195654
- Copy of a USA B1/B2 Visa card for one Hernanez Rico, Francisco Javier
- Copy of Form I-94 for Hernanez Rico, Francisco Javier

The evidence you submitted with this motion does not overcome the reason(s) for the denial of your application or petition.

The decision cited the reasons for the denial. Below is a general summary regarding the reasons for the denial of Form I-485, receipt number MSC13912195654.

- USCIS records establish that the visa petition filed on your behalf, now a self-petition, has been denied. You have provided no evidence to indicate you are immediately entitled to an immigrant visa on any other basis. Therefore, you are not qualified to adjust status, and USCIS denies your Form I-485. See INA 245(a)(3).

The evidence provided does not overcome the basis for the Form I-485 denial. There is no evidence that the applicant is entitled to an immigrant visa.

We hereby dismiss the Form I-290B, Notice of Appeal or Motion. The decision to deny the Form I-485, Application to Register Permanent Residence or Adjust Status, case MSC13912195654, is affirmed.

This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

Kevin Riddle
Field Office Director