UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARIA ELVIRA SMITH,

        Plaintiff,

v.                                                        Case No. 22-CV-1535

MERRICK B. GARLAND, ATTORNEY GENERAL,

UR M. JADDOU, DIRECTOR
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

ALEJANDRO MAYORKAS, SECRETARY
U.S. DEPARTMENT OF HOMELAND SECURITY,

ROSE KENDRICK, CENTER DIRECTOR
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and

THE UNITED STATES OF AMERICA.

        Defendants.

---

## COPIES OF UNPUBLISHED AUTHORITIES

---

The defendants, by their attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Charles A. Guadagnino, Assistant United States Attorney for said district, pursuant to Civil L.R. 7(j)(2), hereby provide copies of the below-listed unreported decisions that are cited in the Memorandum in the Defendants' Reply to the Plaintiff's Response to the Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) & 12(b)(6) of the Federal Rules of Civil Procedure.

    *Goodall v. Chrysler*, *Inc.,* No. 3:16-cv-03228, 2017 WL 4076093 (C.D. Ill. Sep. 14, 2017)

    *Gonzalez v. Mayorkas,* No. 21 C 204, 2022 WL 4844092 (N.D. Ill. Oct. 18, 2021).

Dated at Milwaukee, Wisconsin this 13th day of April 2023.

                                                        GREGORY J. HAANSTAD
                                                      United States Attorney

                          By:      */s/ Charles A. Guadagnino*
                                                        CHARLES A. GUADAGNINO
                                                        Assistant United States Attorney
                                                        Wisconsin Bar No.  1018829
                                                       United States Attorney's Office
                                                       Eastern District of Wisconsin
                                                       517 East Wisconsin Avenue, Rm 530
                                                       Milwaukee, WI 53202
                                                       Telephone: (414) 297-1745
                                                       Fax: (414) 297-4394
                                                       Email: Charles.guadagnino@usdoj.gov